**Opinion issued February 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00048-CV

———————————

**STEVEN B. MCNEILL, Appellant**

**V.**

**STATE FARM LLOYDS, Appellee**

On Appeal from the 11th District Court
Harris County, Texas
Trial Court Case No. 2012-72590

## MEMORANDUM OPINION

On August 29, 2013, Appellant, Steven B. McNeill, filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued and although appellant has failed to include a certificate of conference in his motion,

more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland and Brown.